# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Greensboro Local Office
1500 Pinecroft Road,, Suite 212
Greensboro, NC 27407
(336) 604-5180
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/27/2026

**To:** Stephen Moore
6136 Pepperidge Way
CLIMAX, NC 27233

Charge No: 435-2024-01634

EEOC Representative and email:   NINA TROXLER
INVESTIGATOR
NINA.TROXLER@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 435-2024-01634.

On behalf of the Commission,

*Nina Troxler* for _____

Ingrid Waden-Wynn
Local Office Director

Exhibit A-1

Cc:

Alex P Boettcher
JOHN DEERE
1 JOHN DEERE RD
Moline, IL 61265

W. Mark M Peck
Robinson & Lawing
110 Oakwood Drive Suite 200
Winston Salem, NC 27103

Please retain this Notice for your records.

Exhibit A-1

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC
*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Exhibit A-1

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 435-2024-01634 to the District Director at Elizabeth "Betsy" Rader, 129 West Trade Street Suite 400, Charlotte, NC 28202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 435-2024-01634 to the District Director at Elizabeth "Betsy" Rader, 129 West Trade Street Suite 400, Charlotte, NC 28202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Exhibit A-1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (August 2023)

For Official Use Only – Charge Number:

| | |
|---|---|
| **Personal Information** | First Name: Stephen    MI: P   Last Name: Moore<br>Address: ███████████████████████    Apt.: _____<br>City: Climax    County: RANDOLPH State: NC Zip Code: 27233<br>Phone: ████████ Home ☐ Work ☐ Cell ☑ Email: ████████ |
| **Who do you think discriminated against you?** | Employer ☑    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: John Deere<br>Address: 1000 John Deere Rd.    Suite: _____<br>City: Kernersville    State: NC Zip Code: 27284 Phone: 336-996-8100 |
| **Why you think you were discriminated against?** | Race ☐   Color ☐   Religion ☑   Sex ☐   National Origin ☐   Age ☐   Pregnancy ☐<br><br>Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?**<br><br>435-2024-01634 | Date of <u>most recent job action</u> you think was discriminatory: 10/3/24<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br><br>This is the 3rd time within the past 2 months that I have been discriminated against I originally filed something online with the EEOC on 8/12/24. I am constantly being harassed and targeted because of my religious apparel. There was no issue until they found out it was religious. on 10/3/24 a manager locked me out of work. I was told that _____ ___ _____ _____ my religous apparel. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.   that it costs _____ ____ ____. There is too much (This was done in retaliation) to include here.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _Stephen Moore_    Date: 10/3/24 |

Exhibit A-2

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 435-2024-01634 |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Stephen Moore

Phone No.: ▓▓▓▓▓▓▓

Year of Birth: 1979

Mailing Address: ▓▓▓▓▓▓▓, CLIMAX, NC 27233

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: John Deere

No. Employees, Members: 501+ Employees

Phone No.: (336) 996-8100

Mailing Address: 1000 JOHN DEERE RD

KERNERSVILLE, NC 27284, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Religion

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/12/2024

Latest: 02/05/2025

THE PARTICULARS ARE:

I first started working at John Deere (the Respondent) in January 2022. The Respondent has 15 or more employees. I am currently employed with the Respondent as a logistics warehouse worker.

I wear chakra bracelets because I believe they have spiritual significance. I believe the chakra bracelets connect me to a divine power. On or about August 12, 2024, the Supply Chain Manager sent me to the Human Resources Department due to the chakra bracelets I was wearing. After arriving at the Human Resources Department, I talked to the Development and Recruiting Coordinator. I informed him that my chakra bracelets were religious/spiritual. The Development and Recruiting Coordinator looked at me with disdain, dismissed my statements, and told me I had to remove them. I felt uncomfortable and said I would remove them, even though it was against my will. He responded, "I wish you would." I immediately left his office. After removing them I felt I compromised my values. I became emotionally distraught and immediately left work.

On or about August 13, 2024, I emailed the HR Manager. In the email I informed him of the incident and told him my chakra bracelets were religious. He responded and told me to come in to talk to him. I showed up at the scheduled time to talk to him. The HR Manager and the Safety Coordinator were in the meeting. During the meeting the HR Manager mocked the situation and told me that I didn't have to take them off, but I have to cover them up. I was extremely uncomfortable with how the meeting was being handled and I left. Following the meeting I became ill because I felt discriminated against due to my religious

beliefs. I talked to a doctor and was given a medical leave of absence from work. I returned to work towards the end of September 2024.

On or about October 3, 2024, I went to work and my badge did not work. Another employee had to verify I worked there for me to be let in the Respondent's facility. After arriving at work, I went to my department's pre-shift meeting then went to work. After finding out I was at work the HR Manager had a supervisor come get me and take me to a conference room. The HR Manager, Safety Coordinator, and the Supervisor who came and got me were in the meeting. The HR Manager was visibly angry and demanded to know how I got in the building. He told me he deactivated my badge so I could not get in. He was angry and snapped at me in a hostile tone and told me I have to cover my chakra bracelets up or be fired. I had to leave work and go buy something to cover them up.

I filed multiple Ethics Point complaints about being forced to remove my religious apparel and being forced to cover it up. I also filed a complaint about the HR Manager's behavior towards me. On or about October 12, 2024, I had a virtual meeting with some representatives regarding my Ethics Point complaints. They tried to manipulate me into covering up my chakra bracelets by saying they could force someone who has a beard for religious purposes to shave or not get a job and therefore I should agree to cover up my chakra bracelets. However, I told them that would go against my religious beliefs. Weeks after the meeting I uploaded multiple photos to the Ethics Point complaints showing how other employees at the Respondent's facility are being allowed to wear watches and other apparel that is not religious, while I was being forced to cover my religious apparel up or remove it. After receiving the evidence, my Ethics Point complaint was closed out by the corporate office without them doing anything to resolve the issue.

I believe the Respondent has refused to accommodate my religious beliefs by allowing me to wear my chakra bracelets uncovered at work. I believe the Respondent has discriminated against me by telling me to remove or cover up my chakra bracelets.

I believe that I have been discriminated against due to my religious beliefs in violation of Title VII of The Civil Rights Act of 1964 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Stephen Moore
02/06/2025
_____
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

## CP Enclosure with EEOC Form 5 (06/24)

### Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (06/24).

2. **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **Routine Uses.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **Whether Disclosure is Mandatory; Effect of Not Giving Information.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### Notice of Right to Request Substantial Weight Review

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### Notice of Non-Retaliation Requirements

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Exhibit A-6