| JOHN DEERE \| Kernersville | Doc. No. JDKP-335 | Rev. No.: 01 | Pages: 2 |
|---|---|---|---|
| RESOURCE:  Policy Manual | Effective: 3/13/2015 | Prepared By: Human Resources | |
| POLICY:  Jewelry Policy | Owner: HUMAN RESOURCES | | |

## Guidelines

Employees engaged in any type of "physical work", which includes climbing on excavators or other pieces of equipment shall not perform work assignments while wearing rings. In addition, loose jewelry or any other article of apparel which might involve risk of catching or entanglement with machinery, could result in injury due to associated work activities, or is determined to create an unsafe condition as determined by their Supervisor or the Safety Specialist shall not be worn. Loose jewelry includes wallet chains, bracelets, dangling earrings (below the earlobe), hoop earrings, body piercings and necklaces outside of the shirt. A wrist watch is allowed as long as it is snug to the wrist.

Any items that have been determined to meet the above criteria must be removed prior to physical work. This policy applies regardless of the location of the physical work (including but not limited to: the factory, outside yard, test site, dealer locations, customer field sites, etc.). These guidelines apply to JDK employees, parent employees, internal contractors and contingent employees. For this purpose, physical work generally includes that where people are touching parts, tools, equipment or machines. It also includes office support staff that engage in similar activities, such as building prototype machines and climbing on machines to do inspections, repairs or diagnostics.

This policy does not apply to people who are not engaged in physical work. It does not apply to office personnel conducting safety or quality audits, as long as they do not engage in physical work.

Visitors, suppliers and outside contractors are strongly encouraged to follow these jewelry guidelines, but it is not a requirement.

Exhibit D-1

Case 1:26-cv-00591-TDS-JGM   Document 1-2   Filed 06/25/26   Page 1 of 3

## Additional Information

### Related Documents

- Receipt and Acknowledgement Form

---REVISION HISTORY---

| DATE | ISSUE | REASON FOR CHANGE | PREPARED / REVIEWED BY |
|---|---|---|---|
| 3/11/2015 | 00 | Policy formalized. | LP / BS |
| 3/1/2022 | 01 | Policy revised. JDK | JP |
| | | | |
| | | | |
| | | | |

Exhibit D-1

Case 1:26-cv-00591-TDS-JGM    Document 1-2    Filed 06/25/26    Page 2 of 3



Exhibit D-2

Case 1:26-cv-00591-TDS-JGM    Document 1-2    Filed 06/25/26    Page 3 of 3