

**Exhibit F-1**



**Exhibit F-1**



Exhibit F-1







# Exhibit F-2

Page 1 of 1



# Exhibit F-3