# Moore, Stephen

## CT27001-Warehouse Logistics Technician

**Position ID -** JHJ102962

**Reports To -** Bridges, William

**Department -** F00270-270-LOGISTICS

**Business Unit -** L-LOGISTICS - CT

**Location -** KVL-Kernersville

## REVIEW INFORMATION

### 2023 NON EXEMPT ANNUAL REVIEW

**Review Period -** 01/01/2023 to 12/31/2023

**Status -** Employee Acknowledged

**Target Completion Date -** 11/03/2023

## REVIEWER INFORMATION

**Reviewer -** Bridges, William

# Exhibit R-1

Case 1:26-cv-00591-TDS-JGM    Document 1-4    Filed 06/25/26    Page 1 of 9

# INTRODUCTION

The primary objective for the PMP is to provide quality feedback and expectations to each non-career track employee.

# RATING SCALE

| | |
|---|---|
| **Learning** | The employee performed well considering the length of time in the position. The employee made progress toward learning the major parts of the position during the evaluation period; however performance did not reach the level required for the position. Best practice is to consider this rating during an employee's first 6 months of tenure in a new position. The Learning rating aligns with the properties of a Successful rating. |
| **Needs Improvement** | Performance was unsatisfactory during the evaluation period and employee failed to meet competency requirements. Immediate improvement is required. Appropriate discussions were held with the employee regarding performance. A performance improvement plan evaluation over 90, 180, and 270 days will be completed. |
| **Approaching Successful** | The employee performed some or most parts of his/her position well. The employee did not consistently perform all parts at a successful level during the evaluation period. Appropriate discussions were held with the employee regarding performance and the employee demonstrates concern for improving. |
| **Successful** | The employee consistently performed at, or sometimes above, the required level for the position. The employee performed well and competently, meeting all goals and objectives during the evaluation period. |
| **Highly Successful** | The employee consistently performed at a level higher than required in most areas of the position during the evaluation period. Employee showed initiative to exceed performance objectives and consistently uses proactive behavior. |
| **Outstanding** | The employee produced outstanding results. Performance was consistently above the requirements for the position. The employee demonstrated the highest level of performance and ability |

<span style="color:red">Exhibit R-1</span>

Case 1:26-cv-00591-TDS-JGM     Document 1-4     Filed 06/25/26     Page 2 of 9

## Instructions

---

The success of an organization is largely determined by its most critical asset, its employees. Your contributions to our organization are valued and impact its ability to meet its organizational goals. Competencies define the knowledge, skills, abilities, and behaviors that lead to superior performance. For each of the competencies, you should measure your level of proficiency indicating your ability to successfully perform the assigned job role.

| **1 - Safety** | Weighted at 11.11% |
|---|---|
| Exhibits behavior that supports and encourages a safe work environment. Immediately reports and/or resolves unsafe conditions. | |

### Reviewer Response

---

Successful

Comments not provided

| **2 - Teamwork** | Weighted at 11.11% |
|---|---|
| Cooperates with coworkers to achieve common goals/results while maintaining and contributing to a positive work environment. | |

### Reviewer Response

---

Highly Successful

Comments not provided

| **3 - Quality Focused** | Weighted at 11.11% |
|---|---|
| Emphasizing the need to deliver high quality products and services. | |

### Reviewer Response

---

<span style="color:red">Exhibit R-1</span>

Successful

Comments not provided

## 4 - Attendance

Weighted at 11.11%

Fulfilling the obligations of the work schedule.

### Reviewer Response

Outstanding

Comments not provided

## 5 - Kaizen

Weighted at 11.11%

Participates in continuous improvement activities to the work environment.

### Reviewer Response

Successful

Comments not provided

## 6 - Communication NE

Weighted at 11.11%

Provides and receives candid and direct feedback. Exhibits good listening skills, verbal skills, and written skills.

### Reviewer Response

Successful

Comments not provided

Exhibit R-1

## 7 - Initiative/Energy

Weighted at 11.11%

Exhibits proactive behaviors; continually reaches for more responsibility; ambitious; highly motivated to succeed; goal oriented; persistent; drive to achieve objectives.

### Reviewer Response

Highly Successful

Comments not provided

## 8 - Job Knowledge - NE

Weighted at 11.11%

Exhibits the ability to understand and perform the technical aspects of the job including hands-on expertise, technical know-how, etc.

### Reviewer Response

Highly Successful

Comments not provided

## 9 - Job Management - NE

Weighted at 11.12%

Planning, organizing, solving problems, managing time; ensuring follow-through and exhibiting business acumen; ensuring compliance of company policies, practices and procedures.

### Reviewer Response

Successful

Comments not provided

<span style="color:orangered">Exhibit R-1</span>

Case 1:26-cv-00591-TDS-JGM    Document 1-4    Filed 06/25/26    Page 5 of 9

# GOALS

## Instructions

Your assigned goals for the indicated review period are listed below. You should update your progress percentage, provide comments as to whether or not you achieved the assigned goals, and indicate any challenges that may have prohibited you from completing your assigned goals.

---

**1 - Goal 1**                                                         Weighted at 0%

**Achievement - 0%**                              **Type - Personal Goal**

**Description -**

1. Safety: Contribute and participate in achieving company safety metric goals in the following categories - Lost time, recordable, first aid, and incidents by having zero safety related incidents for this review period.
2. 5S: Participate in achieving the monthly incentive goal for Logistics responsible areas 4.5
3. Compliance: Participate and help drive factory improvements for SEAMS Audits 95% and SERA Audits 15%.

---

## Reviewer Response

Successful

Comments not provided

---

**2 - Goal 2**                                                         Weighted at 0%

**Achievement - 0%**                              **Type - Personal Goal**

**Description -**

1. Quality: Contribute and participate in achieving the departmental goal: Machine Conformance 5,200ppm by maintaining an acceptable performance measured by the Logistics Quality Accountability Plan.

2. Stockouts: Contribute and participate in achieving the departmental goal: Stockouts Per machine 0.04 by maintaining an acceptable performance measured by the Logistics Quality Accountability Plan.

3. Delivery: Contribute and participate in achieving all monthly production goals set forth by the management team.

---

## Reviewer Response

**Exhibit R-1**

---

Case 1:26-cv-00591-TDS-JGM    Document 1-4    Filed 06/25/26    Page 6 of 9

Successful

Comments not provided

Exhibit R-1

## Reviewer Response

| Overall Rating |
| --- |
| **Highly Successful** |
|  |

For this year-end review, Stephen has zero attendance points with no active coaching or counseling actions. He does not have any quality issues and was successful in having (1) kaizen project submitted and accepted for this review period. Stephen has done a great job since being added as a member of the logistics team. He is a quick learner and always takes the initiative to help others out when he recognizes there is a need. On some occasions, Stephen has been a back-up lead technician when asked. He knows and understands logistics operations very well and is always ready everyday to perform his best. Stephen is also a great trainer when asked to help with new employees. Stephen is a great teammate and I look forward to working with him as we move into the new year.

# Exhibit R-1

Case 1:26-cv-00591-TDS-JGM    Document 1-4    Filed 06/25/26    Page 8 of 9

# EMPLOYEE ACKNOWLEDGEMENT

I hereby acknowledge that I have read and discussed this review with my manager. I understand that I may submit a comment which will be retained with this review.

**Employee Signature**

Stephen Moore

**Acknowledgement Date**

11/02/2023

**Employee Comments**

Thanks.

Exhibit R-1