North Carolina Industrial Commission

# EMPLOYER'S REPORT OF EMPLOYEE'S INJURY OR
# OCCUPATIONAL DISEASE TO THE INDUSTRIAL COMMISSION

**To the Employer:**
A copy of this Form 19 accompanied by a blank Form 18 must be given to the employee. It does not satisfy the employee's obligation to file a claim. **The filing of this report is required by law.** This form MUST be transmitted to the Industrial Commission through your Insurance Carrier.

**To the Employee:**
This Form 19 is not your claim for workers' compensation benefits. To make a claim, you must complete and sign the enclosed **Form 18** and mail it to Claims Administration, N.C. Industrial Commission, 4335 Mail Service Center, Raleigh, NC 27699-4335 within two years of the date of your injury or last payment of medical compensation. For occupational diseases, the claim must be filed within two years of the date of disability or the date your doctor told you that you have a work-related disease, whichever is later.

**The use of this form is required under the provisions of the Workers' Compensation Act**

IC File #24789611

Employer FEIN 371232263

Carrier FEIN 363365500

Carrier File #030012003329WC01

Referenced IC File #24040642

EDI Filing Type _____

**\*Required Information.**

The I.C. File # is the unique identifier for this injury. It will be provided by return letter and is to be referenced in all future correspondence

| | | |
|---|---|---|
| STEPHEN PHILLIP MOORE | KOHN DEERE KERNERSVILLE | 3364826335 |
| Employee's Name | Employer's Name | Telephone Number |
| ~~[redacted]~~ | 1000 JOHN DEERE RS, | KERNERSVILL**E**NC 27284 |
| Address | Employer's Address | City State Zip |
| CLIMAX NC 272338253 | GALLAGHER BASSETT SERVICES INC WC0049154464 | |
| City State Zip | Insurance Carrier Policy Number | |
| ~~[redacted]~~ | P. O. BOX 2934, | CLINTON IA 527332934 |
| Home Telephone Work Telephone | Carrier's Address | City State Zip |
| ~~[redacted]~~ Male ~~[redacted]~~/1979 | ~~[redacted]~~ | ~~[redacted]~~ |
| Social Security Number Gender Date of Birth | Carrier's Telephone Number | Fax Number |

| | | |
|---|---|---|
| **Employer** | 1. | Give nature of employer's business 532490 |
| **Time And Place** | 2. | Location of plant where injury occurred _____<br>County Department FORSYTH State if employer's premises |
| | 3. | Date of injury 8/12/2024   4. Day of week   Hour of day 07:00:00.0000000-04:00 |
| | 5. | Was employee paid for entire day Y   6. Date disability began |
| | 7. | Date you or the supervisor first knew of injury 10/1/2024   8. Name of supervisor |
| **Person Injured** | 9. | Occupation when injured WAREHOUSE LOGISTICS TECHNICIAN |
| | 10. | (a) Time employed by you   (b) Wages per hour  $ |
| | 11. | (a) No. hours worked per day   (b) Wages per day  $   (c) No. of days worked per week 5 |
| | | (d) Avg. weekly wages w/ overtime  $   (e) If board, lodging, fuel or other advantages were<br>furnished in addition to wages, estimated value per day, week or month.  $   per |
| **Cause And Nature Of Injury** | 12. | Describe fully how injury occurred and what employee was doing when injured:<br>WAS ASKED TO REMOVE THEN COVER UP BRACELETS DUE TO JEWELRY POLICY.EMPLOYEE LEFT<br>AND TOOK FMLA UNTIL10/3/2024.<br><br>*(Statement made without prejudice and without vouching for correctness of information)* |
| | 13. | List all injuries and specify body part involved (e.g. right hand or left hand):<br>MULT: NO PHYSICAL INJURY |
| | 14. | Date & hour returned to work   15. If so, at what wages  $   per |
| | 16. | At what occupation   17. Employee's salary continued in full? N |
| | 18. | Was employee treated by a physician 2 |
| **Fatal Cases** | 19. | Has injured employee died   20. If so, give date of death (Submit Form 29) |
| Employer name | KOHN DEERE KERNERSVILLE | Date Completed 10/25/2024 |
| Signed by | | Official Title _____ |

<span style="color:red">Exhibit W-2</span>

EDI 19

# EDI 19

Filed Electronically via **EDFP**

North Carolina Industrial Commission

# DENIAL OF WORKERS' COMPENSATION CLAIM
## (G.S. §97-18(c) AND G.S. §97-18(d))

IC File # 24040642

Emp. Code # _____

Carrier Code # _____

The Use Of This Form Is Required Under The Provisions of The Workers' Compensation Act

Carrier File # 030012-003329-WC-01

| STEPHEN PHILLIP MOORE | | | KOHN DEERE KERNERSVILLE | | ( ) - |
|---|---|---|---|---|---|
| Employee's Name | | | Employer's Name | | Telephone Number |
| ▮▮▮▮▮▮▮▮ | | | 1000 JOHN DEERE RS | KERNERSVILLE NC | 27284 |
| Address | | | Employer's Address | City State | Zip |
| CLIMAX | NC | 27233 | AIU INSURANCE CO C/O GB SERVICES | WC 0049154464 | |
| City | State | Zip | Insurance Carrier | Policy Number | |
| ▮▮▮▮▮ | ( ) - | | PO BOX 2934 | CLINTON IA | 52733 |
| Home Telephone | Work Telephone | | Carrier's Address | City State | Zip |
| ▮▮▮▮▮ ▮ M ☐ F | ▮▮1979 | | 680-214-2430 | 315-234-2604 | |
| Last 4 Digits of SSN | Sex | Date of Birth | Carrier's Telephone Number | Fax Number | |

Date of Injury: 08/12/2024 _____

**TO EMPLOYEE (TO DEPENDENT(S) OR NEXT OF KIN IN CASE OF DEATH):**

This is to inform you that the claim for the

☐ injury on _____ , or
▮ occupational disease as of  08/12/2024 _____ , or
☐ death on _____

is **DENIED** for the following <u>reasons</u>:

("The mental health condition(s) employee is alleging did not arise from his employment with the employer. Employee's position did not place him at an increased risk of developing a mental health disorder, nor is his mental health disorder casually related to his employment. Employer and Carrier are continuing their investigation of this claim and reserve the right to raise other defenses should the need arise.") Additional defenses may become available through additional discovery and defense council.

| *Kris Daye* | Senior Resolution Manager | 11/5/2024 |
|---|---|---|
| SIGNATURE EMPLOYER OR CARRIER/ADMINISTRATOR | TITLE | DATE |

**Employer/Insurance Carrier must provide a detailed statement of the grounds for denying compensability of the claim or liability for the claim where payments have previously been made without prejudice under N.C. Gen. Stat. § 97-18(d). Failure to specify a particular ground may preclude asserting certain defenses at a later date pursuant to N.C. Gen. Stat. § 97-18(f).**

**Employee: If you disagree with this denial, you are entitled to request a hearing by submitting a Form 33. If you need assistance you may contact the Industrial Commission at the address below or telephone the Industrial Commission at (800) 688-8349.**

**Employer: A copy of this form shall be sent to the employee and employee's attorney of record, if any, and all known health care providers which have submitted bills to the employer/carrier. The original of this form shall be sent to the Industrial Commission at the address below.**

*FILE VIA ELECTRONIC DOCUMENT FILING PORTAL*
*HTTP://WWW.IC.NC.GOV/DOCFILING.HTML*

**FORM 61**

**CONTACT INFORMATION:**
**NCIC- CLAIMS ADMINISTRATION**
**TELEPHONE: (919) 807-2502**
**HELPLINE: (800) 688-8349**
**WEBSITE: HTTP://WWW.IC.NC.GOV**

NCIC - NOV 06 2024

Exhibit W-3

## NORTH CAROLINA INDUSTRIAL COMMISSION

## I.C. FILE NO.: 24789611; STEPHEN MOORE, Employee-Plaintiff v. DEERE & COMPANY, Employer- Defendant; AMERICAN INT ADJUSTMENT CO., Carrier-Defendant.

### ORDER ASSESSING SANCTION
**By Ashley Moore, Claims Director**

FILED: September 18, 2025

This matter is before the undersigned upon the Commission's own motion pursuant to N.C. Gen. Stat. Section 97-18(j), which requires that the employer or insurer file a Form 60, Form 61, or Form 63, within 30 days following notice from the Commission of the filing of a claim.

<u>APPEARANCES</u>

Plaintiff:      No counsel of record.

Defendants:    No counsel of record. 1271 Ave of the Americas 37TH Fl; New York, New York 10020

After review of the documents that have been filed with the Industrial Commission in this case, it appears that Defendants have failed to comply with N.C. Gen. Stat. Section 97-18(j) of the North Carolina Workers' Compensation Act.

IT IS THEREFORE ORDERED that Defendants shall pay a reasonable sanction in the amount of $400.00 **AND** file a Form 60, 61, or 63 within 30 days from the date of this Order. Failure to timely file the Form 60, 61, or 63 and remit payment of the sanction shall result in the imposition of an additional sanction in the amount of $200.00 and referral to an Enforcement Hearing Docket for consideration of additional sanctions, including but not limited to contempt proceedings.

Payment will be accepted via EDFP or in the form of company check, cashier's check, money order or certified check, ma-de payable to the "North Carolina Industrial Commission" and sent to the following address: N.C Industrial Commission, Attn: Sharon Hodge, 1240 Mail Service Center, Raleigh, North Carolina, 27699-1240.

Questions regarding this Order, or requests to reconsider the Order, should be directed to the undersigned by sending an email to sanctions@ic.nc.gov.

_Ashley M. Moore_

Ashley Moore, Director of Claims Administration

<span style="color:red">Exhibit W-4</span>