

Stephen Moore

Stephen,

Thank you so much for the generous gifts. Each one of them made me smile! You put a lot of thought into these gifts and they are all perfect. "Chaos coordinator" couldn't be a better description of my job! Thanks for being on our team and all you do!

Lindsey Cota

**Exhibit Z**          **Page 1 of 3**





**Exhibit Z**

Stephen Moore

Stephen,

Thank you so much for the generous gifts. Each one of them made me smile! You put a lot of thought into these gifts and they are all perfect. "Chaos coordinator" couldn't be a better description of my job! Thanks for being on our team and all you do!

Lindsey Cota