| JOHN DEERE \| Kernersville | Doc. No. | Rev. No.: | Pages: |
|---|---|---|---|
| | JDKP-335 | 01 | 2 |
| RESOURCE: Policy Manual | Effective: 3/13/2015 | Prepared By: Human Resources | |
| POLICY: Jewelry Policy | | Owner: HUMAN RESOURCES | |

## Guidelines

Employees engaged in any type of "physical work", which includes climbing on excavators or other pieces of equipment shall not perform work assignments while wearing rings. In addition, loose jewelry or any other article of apparel which might involve risk of catching or entanglement with machinery, could result in injury due to associated work activities, or is determined to create an unsafe condition as determined by their Supervisor or the Safety Specialist shall not be worn. Loose jewelry includes wallet chains, bracelets, dangling earrings (below the earlobe), hoop earrings, body piercings and necklaces outside of the shirt. A wrist watch is allowed as long as it is snug to the wrist.

Any items that have been determined to meet the above criteria must be removed prior to physical work. This policy applies regardless of the location of the physical work (including but not limited to: the factory, outside yard, test site, dealer locations, customer field sites, etc.). These guidelines apply to JDK employees, parent employees, internal contractors and contingent employees. For this purpose, physical work generally includes that where people are touching parts, tools, equipment or machines. It also includes office support staff that engage in similar activities, such as building prototype machines and climbing on machines to do inspections, repairs or diagnostics.

This policy does not apply to people who are not engaged in physical work. It does not apply to office personnel conducting safety or quality audits, as long as they do not engage in physical work.

Visitors, suppliers and outside contractors are strongly encouraged to follow these jewelry guidelines, but it is not a requirement.

## Exhibit D-1

Case 1:26-cv-00591-TDS-JGM    Document 6-2    Filed 07/31/26    Page 1 of 7

# Additional Information

## *Related Documents*

- Receipt and Acknowledgement Form

---REVISION HISTORY---

| DATE | ISSUE | REASON FOR CHANGE | PREPARED / REVIEWED BY |
|---|---|---|---|
| 3/11/2015 | 00 | Policy formalized. | LP / BS |
| 3/1/2022 | 01 | Policy revised. JDK | JP |
| | | | |
| | | | |
| | | | |

## Exhibit D-1

Case 1:26-cv-00591-TDS-JGM    Document 6-2    Filed 07/31/26    Page 2 of 7



**EMPLOYEE**

Expand All | Collapse All

(∧) STEPHEN P MOORE (EMPLOYEE)        TERMINATED 05/04/2025

| EMPLOYEE INFORMATION | Edit | | PLANS | Edit |
|---|---|---|---|---|

**EMPLOYEE INFORMATION**  (Edit)

∧ DEMOGRAPHICS

| | |
|---|---|
| Social Security # | ****•▆ |
| Employee ID | ******▆ |
| Alternate ID | 970238951 |
| Gender | MALE |
| Relationship | EMPLOYEE |
| Date of Birth | ▆▆/1979 |
| Date of Hire | 01/01/2025 |
| Original Effective Date | 01/01/2025 |
| Late Enrollee | |
| Date of Death | |
| Coverage End Date | 05/04/2025 |
| Alternate Authorized Individual | NO |
| Has Cobra Coverage | NO |

⌄ ADDRESS & PHONE

(Terminate) (Reinstate)

**PLANS**  (Edit)

View: Plan Details

∧ MEDICAL      0974  0974  PS1MO

| | |
|---|---|
| Policy Number | 0709335 |
| Coverage Begins | 01/01/2025 |
| Coverage Ends | 05/04/2025 |
| Coverage End Reason | UHC NO RENEW |
| Eligibility Status | ACTIVE |
| Members Covered | EMPLOYEE ONLY |

Additional Plan Details

∧ RX/PHARMACY

OptumRX      0974  0974  PS1MO

| | |
|---|---|
| Policy Number | 0709335 |
| Coverage Begins | 01/01/2025 |
| Coverage Ends | 05/04/2025 |
| Coverage End Reason | |
| Eligibility Status | ACTIVE |
| Members Covered | EMPLOYEE ONLY |

Additional Plan Details

DENTAL      NOT ENROLLED

∧ VISION      0202  0202  PPOZN

| | |
|---|---|
| Policy Number | 0709335 |
| Coverage Begins | 01/01/2025 |
| Coverage Ends | 05/04/2025 |
| Coverage End Reason | |
| Eligibility Status | ACTIVE |
| Members Covered | EMPLOYEE ONLY |

Additional Plan Details

Exhibit D-2

# Global Policy Against Discrimination & Harassment

Last Revised: June 2022



## Purpose

The company is committed to maintaining a worldwide business environment free from discrimination, harassment, and retaliation. To support this commitment, this policy strictly prohibits conduct the company defines as discrimination, harassment, or retaliation even if the conduct does not violate the law. Working together, we can maintain a safe, positive, and inclusive business environment.

## Applicability

This policy applies to everyone working for or on behalf of the company, including all employees. The company is defined as Deere & Company and its subsidiaries and controlled affiliates. Additionally, this policy applies to others with whom the company conducts business, including suppliers and supplier employees, customers, and visitors.

## Policy

This policy strictly prohibits discrimination, harassment, and retaliation by any company employee, external worker, supplier employee, customer, or visitor of the company of any applicant, employee, group of employees, or other individuals interacting with the company. Each business location must also comply with applicable country-specific policies and laws against discrimination and harassment. This policy applies to conduct occurring both at the workplace and at company-sponsored events. Conduct occurring outside of work but which affects the workplace or reflects negatively on the company may also violate this policy.

*Discrimination*

Discrimination means any unequal or unfair action, practice, or behavior that negatively affects a person or group based upon the person's or group's race, color, religion, age, sex (including pregnancy, childbirth, breastfeeding, or related medical conditions), sexual orientation, gender, gender identity or expression, marital or partnership status, family status, citizenship, genetic information, national origin, ancestry, geographic background, military or veteran status, disability (mental or physical), or any other class protected by applicable country, state/province, or local law. These classifications are known as protected classes or protected characteristics.

Discrimination also happens when a person is treated unequally or unfairly because that person has a relationship with someone in a protected class. For example, treating an employee unequally because of the employee's spouse's gender, race, religion, or disability is a form of discrimination.

*Harassment*

Harassment is any conduct based on any of the protected characteristics listed above and any other class protected by applicable law that a reasonable person would find

*Center for Global Business Conduct*

Public

offensive and unwelcome. Harassment includes offensive or unwelcome conduct based on a protected characteristic that interferes with a person's work performance or creates an intimidating, hostile or offensive working environment. The conduct may be offensive or unwelcome to the person in the protected class or to others, such as bystanders who witness the conduct.

Discrimination or harassment may result from either intentional or unintentional acts and may be verbal, physical, or visual. For example, sexual harassment is any unwelcome conduct based on sex, whether directed towards a person of the same or opposite sex. Sexual harassment can also happen when submission to sexual conduct is the basis for an employment decision or a condition of employment.

Examples of offensive or unwelcome sexual harassment include:

- sexual advances, sexual propositions, or requests for sexual favors

- comments or "jokes" of a sexual nature, or sexually oriented kidding, teasing, gestures, or practical jokes

- sexual innuendo or sexually suggestive comments

- unwanted physical contact, including conduct such as unwanted touching, grabbing, hugging, stroking, or intentionally brushing up against another person's body

- suggestive or explicit physical sexual gestures, such as simulating sexual activity

- leering or staring at another person's body

- displaying offensive sexually suggestive or explicit objects, or sexually explicit printed or visual material such as graffiti, posters, cartoons, or photographs

- promising a job or promotion to someone in exchange for having a sexual relationship

- any other offensive or unwelcome conduct of a sexual nature.

Harassment can be offensive or unwelcome based on sex, gender, sexual orientation, or gender identity or expression without being sexual. Examples include:

- comments or "jokes", kidding, or teasing based on a person's sex, gender, sexual orientation, or gender identity or expression

- sex-related or gender-related language or offensive comments that reflect sex or gender stereotypes

- unwanted touching of a pregnant person's body, or comments or jokes about breastfeeding or other pregnancy-related issues

- displaying offensive sex-related or gender-related objects, printed or visual materials, such as graffiti, posters, cartoons, or photographs

- any other offensive or unwelcome conduct based on sex, gender, sexual orientation, or gender identity or expression.

2

Public

Although laws and cultural norms vary around the world, our company's global policy prohibits discrimination and harassment due to sexual orientation, and gender identity or expression, regardless of geography.

Racial harassment is any offensive or unwelcome conduct based on race. Harassment can also be based on color, national origin, or geographic location. Examples include:

- comments or "jokes", kidding, or teasing based on a person's race, color, national origin or geographic location
- race-related language, including racial slurs or offensive comments that reflect racial stereotypes
- offensive or unwelcome comments about a person's national origin or ethnicity
- displaying racially offensive objects, printed, or visual materials, such as graffiti, posters, cartoons, or photographs
- any other offensive or unwelcome conduct based on race, color, national origin, or geographic location.

Harassment can also be similar conduct relating to religion, age, disability, or any other characteristic protected by this policy or the law.

*Commitment to Non-Retaliation*

Retaliation against any employee for reporting an incident under this policy or for participating in any investigation regarding an incident is a violation of this policy and is prohibited.

Retaliation occurs when a person treats another person negatively for engaging in the following types of protected conduct: reporting conduct prohibited by this policy, participating in an investigation, filing a legal claim, or taking any other action protected by applicable law. Retaliation can include any negative job action, such as demotion, discipline, termination, salary reduction, or job or shift reassignment. Retaliation can also be more subtle and may be any conduct that would reasonably deter another person from reporting discrimination or harassment.

## Reporting Responsibilities

The effectiveness of this policy depends on promptly reporting possible violations to those responsible for investigating and addressing them. If the company is not made aware of a possible violation, it may not be able to take appropriate corrective action. The report should be as detailed as possible, including the names of all individuals involved and any witnesses.

Anyone who experiences, witnesses, or learns of a possible violation of this policy must report as follows:

- Employees: report to a manager, a representative of Human Resources or Labor Relations, or to the company's Compliance Hotline.
- Managers and Human Resources/Labor Relations representatives who receive a report from an employee or other person: without conducting an investigation, report to the Compliance Hotline.

Public

- Others: report to the Compliance Hotline, or a company manager or a representative of Human Resources or Labor Relations.

Individuals subject to European Union privacy regulations should not use the Compliance Hotline to report possible violations of this policy. Instead, those individuals should report directly to a manager or a representative of Human Resources.

Anyone who experiences or witnesses harassment should inform the offender that the offender's conduct is offensive or unwelcome and ask the offender to stop, if comfortable doing so, and then report the conduct. If a manager witnesses conduct which may be harassment under this policy, they should first stop the conduct and then report the conduct to a representative of Human Resources or Labor Relations, or to the Compliance Hotline.

## Investigation and Discipline

Upon receiving a report of an alleged violation, the company will investigate. The investigation will be tailored to the circumstances and specific country requirements and practices. Employees are required to fully cooperate and refrain from interfering with any company investigations. The investigation will be completed in a timely fashion.

If an investigation confirms a violation of the policy has occurred, the company will take appropriate disciplinary or other corrective action. Any employee, regardless of position or title, whom the company determines has violated this policy will be subject to disciplinary action, up to and including termination of employment. The disciplinary action will depend upon the facts and circumstances of the situation and will be applied according to the specific country's disciplinary policy and laws.

In most circumstances, when the investigation is complete, someone will follow up with the person who reported or others as appropriate, including the person about whom the report was made, to share what the company can regarding the outcome. The information the company shares is limited to protect the confidentiality and privacy of all persons involved. While the company may be able to share general information about the investigation process and whether the company has concluded there has been a violation of company policy, the company will most likely not share more specific information about the investigation, including details of any corrective action, unless required by applicable law.

## Confidentiality

Confidentiality is protected to the extent reasonably possible throughout the reporting and investigation process. This means that information about reports or investigations is only shared with a limited number of people on a strict business need-to-know basis. Those who make a report or participate in an investigation are expected to help protect confidentiality.

## Additional Information / Contacts

Contact the Center for Global Business Conduct or your Human Resources or Labor Relations representative with any questions,

4

Public