**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**Case No.: 1:26-CV-591**

STEPHEN MOORE,

Plaintiff,

v.

DEERE & COMPANY and JOHN DEERE KERNERSVILLE LLC,

Defendants.

**DEFENDANTS' MOTION TO DISMISS COUNTS V, IX AND X OF THE AMENDED COMPLAINT**

NOW COME Defendants Deere & Company and John Deere Kernersville LLC, (collectively, "Defendants"[1]) by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby move the Court to dismiss Counts V, IX and X of the Amended Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants show unto the Court as follows:

1. Plaintiff filed his Amended Complaint on July 31, 2026. (ECF No. 6.)

2. After being served with the Amended Complaint and Summons on August 3, 2026 (*see* ECF No. 7), Defendants moved for and received an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint by September 23, 2026, (ECF No.

[1] Although in the Amended Complaint, Plaintiff refers to Defendants in the singular, alleging that at all times "Defendant Deere & Company and John Deere Kernersville LLC operated as a highly unified, single integrated employer under controlling federal standards" (ECF No. 6 ¶3), Defendants reserve the right to address the accuracy of this allegation at the appropriate time.

8; Text Order dated August 14, 2026). Defendants timely file this Motion in response to Plaintiff's Amended Complaint.

3. Plaintiff's Amended Complaint consists of 419 paragraphs of allegations spread out over more than 100 pages for ten purported claims of relief.

4. Despite the verbosity of his Amended Complaint, Plaintiff has failed to state a claim for relief with respect to Count V, Family and Medical Leave Act interference (ECF No. 6 ¶¶333-347); Count IX, common law abuse of process (ECF No. 6 ¶¶390-406); and Count X, intentional infliction of emotional distress (ECF No. 6 ¶¶407-419).

5. As set forth in the accompanying brief filed pursuant to LR 7.3(a), Defendants submit that Plaintiff has failed to state a claim upon which relief can be granted because Plaintiff has failed to allege facts plausibly demonstrating that Defendants (a) unlawfully interfered with Plaintiff's FMLA leave; (b) engaged in conduct that can be considered an abuse of process; or (c) participated in any extreme or outrageous conduct to substantiate a claim for intentional infliction of emotional distress.

WHEREFORE, Defendants respectfully request that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court dismiss with prejudice Counts V, IX, and X of Plaintiff's Amended Complaint, and for such other and further relief as the Court may deem just and proper.

This the 23rd day of September, 2026.


/s/ Jeremy R. Demmitt
W. Mark Peck (NC State Bar No. 28022)
Jeremy R. Demmitt (NC State Bar No. 47691)
ROBINSON & LAWING, L.L.P.
110 Oakwood Drive, Suite 200
Winston-Salem, NC 27103
Telephone: (336) 631-8500
Facsimile: (336) 631-6999
E-Mail: mpeck@robinsonlawing.com
jdemmitt@robinsonlawing.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused to be served a copy of the foregoing Defendants' Motion To Dismiss Counts V, IX And X Of The Amended Complaint on the plaintiff by mailing a copy via First Class Mail addressed as follows:

Stephen Moore
6136 Pepperidge Way
Climax, NC 27233

This the 23rd day of September, 2026.

/s/ Jeremy R. Demmitt