# Exhibit A

| | |
|---|---|
| **STATE OF NORTH CAROLINA**<br>In The General Court Of Justice<br>Forsyth County | **CERTIFICATE OF TRUE COPY** |

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents*

25CVD002375-330, certified copy of entire 50C case file, 29 pages.

CLERK OF SUPERIOR COURT
FORSYTH COUNTY

SEAL

Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 9/23/2026 |
| *Clerk Of Superior Court* | Denise Hines |
| *Name Of Undersigned Clerk (type or print)* | Natalie Bradford |
| *Signature* | Signed: 9/23/2026 9:05:33 AM |

☒ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court*

AOC-G-101 (ICMS), Rev. 3/19
© 2019 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

Forsyth County

File No. 25 CVD 2735

In The General Court Of Justice
☐ Small Claims ☒ District ☐ Superior Court Division

FILED
2025 JUL -8 P 2:05
FORSYTH COUNTY C.S.C.
BY: Kim Willoughby

Name Of Plaintiff
Lindsey Cota

**VERSUS**

Name Of Defendant
Stephen P. Moore

# NOTICE OF VOLUNTARY DISMISSAL

☒ **COMPLAINT**
☐ **COUNTERCLAIM**
☐ **OTHER** ______________________

G.S. 1A-1, Rule 41

*Complete the following information if known:*

| Court Date | Time | | Location |
|---|---|---|---|
| 07/14/2025 | 9:00 | ☒ AM ☐ PM | Forsyth County Courthouse |

☒ The plaintiff gives notice of voluntary dismissal ☐ with prejudice ☒ without prejudice in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice in this case as to only the defendants named below and this case remains open as to defendants not listed.
*(Name of defendants for whom dismissal taken.)*

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice in this case as to only the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed.
*(Name of plaintiffs for whom dismissal taken.)*

☐ Other:

| Date | Plaintiff Or Attorney |
|---|---|
| 07/07/2025 | Lindsey Cota — Digitally signed by Cota Lindsey A DN: cn=Cota Lindsey A Date: 2025.07.07 08:05:23 -05'00' |

| Date | Defendant Or Attorney |
|---|---|
| | |

**NOTE TO CITY OR COUNTY PLAINTIFF:** *If, pursuant to G.S. 7A-317, you were not required to pay all costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. See G.S. 1A-1, Rule 41(d).*

AOC-CV-405, Rev. 4/18
© 2018 Administrative Office of the Courts

STATE OF NORTH CAROLINA

FORSYTH County

File No. 25CVD 2735

In The General Court Of Justice
District Court Division

FILED 04-03-25 9:41am
Deputy Clerk
FORSYTH COUNTY

Name Of Plaintiff
Lindsey Cota

VERSUS

Name Of Defendant
Stephen P. Moore

# ORDER CONTINUING NO-CONTACT HEARING AND TEMPORARY ORDER

G.S. 50C-7, -8(a)

## FINDINGS

This matter was scheduled for hearing for a permanent no-contact order pursuant to G.S. 50C-7.

☐ The Court finds that the defendant has not been served with notice of this hearing.

☐ Other:

Therefore, this hearing is continued to the date and time specified below to allow for proper service upon the defendant.

| Date Of Hearing | Time Of Hearing | | Location Of Hearing |
|---|---|---|---|
| 7·14·25 | 09:00 | ☒ AM ☐ PM | 175 N. CHESTNUT ST. W-S, NC 27101 COURTROOM 204 |

☒ The Court finds that there is good cause for continuing the temporary no-contact order entered in this case in that: *(State grounds for continuing order.)*

- π moving this week - requested week of 7/14
- counsel for π employer (not appearing in this matter) will accept service of discovery in behalf of π. Mr Peck, from Robinson Bradshaw (for Deere)

Therefore, the Court orders that the Temporary No-Contact Order entered in this case is continued in effect for ten (10) days from the date of this Order.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| 6-3-2025 | George Cleland | [signature] |

**NOTE TO CLERK:** *G.S. 50C-9 provides: "The clerk of court shall deliver on the same day that a civil no-contact order is issued, a certified copy of that order to the sheriff." The statute also provides that a copy of the order shall be issued promptly to the police department of the municipality of the victim's residence, or the sheriff or county police if the victim does not live within a municipality with a police department.*

(Over)

AOC-CV-527, Rev. 10/12
© 2012 Administrative Office of the Courts

## RETURN/CERTIFICATE OF SERVICE

I certify that this No-Contact Order for Stalking or Nonconsensual Sexual Conduct was received and served as follows:

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of this order.

☐ By leaving a copy of this order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

*Name And Address Of Person With Whom Copies Left*

☐ By mailing a copy of this order to the defendant by
☐ registered mail. ☐ certified mail (return receipt). ☐ designated delivery service.

☐ Defendant WAS NOT served for the following reason.

| | |
|---|---|
| *Date Received* | *Signature Of Deputy Sheriff Making Return* |
| *Date Of Return* | *Name Of Sheriff (Type Or Print)* |
| *Date Mailed* | *County Of Sheriff* |
| | *Signature Of Clerk* ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

**NOTE TO CLERK:** *If the Order continues the previous No-Contact Order, G.S. 50C-9(d) requires that the civil no-contact order be promptly delivered to the sheriff by the clerk and served in a manner provided for service of process in accordance with Rule 4(j) of the Rules of Civil Procedure.*

CLERK OF SUPERIOR COURT
FORSYTH COUNTY
PO BOX 20099
WINSTON-SALEM, NC 27120-0099

GREENSBORO NC 270
4 JUN 2025 PM 1 L

US POSTAGE PITNEY BOWES
ZIP 27101 $ 000.69⁰
02 4W
0000388009 JUN 04 2025

FILED
2025 JUN 16 P 4: 3?
FORSYTH COUNTY, C.S.C.
BY

25CVD2735
LINDSEY COTA (NR)
5052 BRIAN CENTER LANE
WINSTON SALEM NC 27106

NIXIE 274 DE 1 0006/13/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 27120009999 *0180-01141-04-42

27106-647952 IA

| STATE OF NORTH CAROLINA | File No. 25CVD 2735 |
|---|---|
| FORSYTH County | In The General Court Of Justice<br>District Court Division |

FILED
DATE 06-03-25 9:41am
Deputy Clerk
FORSYTH COUNTY

Name Of Plaintiff
Lindsey Cota

VERSUS

Name Of Defendant
Stephen P. Moore

# ORDER CONTINUING NO-CONTACT HEARING AND TEMPORARY ORDER

G.S. 50C-7, -8(a)

## FINDINGS

This matter was scheduled for hearing for a permanent no-contact order pursuant to G.S. 50C-7.

☐ The Court finds that the defendant has not been served with notice of this hearing.

☐ Other:

Therefore, this hearing is continued to the date and time specified below to allow for proper service upon the defendant.

| Date Of Hearing | Time Of Hearing | | Location Of Hearing |
|---|---|---|---|
| 7·14·25 | 09:00 | ☒ AM ☐ PM | 175 N. CHESTNUT ST. W-S, NC 27101 COURTROOM 204 |

☒ The Court finds that there is good cause for continuing the temporary no-contact order entered in this case in that: *(State grounds for continuing order.)*

- π moving this week - requested week of 7/14
- counsel for π employer (not appearing in this matter) will accept service of discovery in behalf of π. Mr Peck, from Robinson Hawley (for Deere)

Therefore, the Court orders that the Temporary No-Contact Order entered in this case is continued in effect for ten (10) days from the date of this Order.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| 6-3-2025 | George Cleland | [signature] |

**NOTE TO CLERK:** *G.S. 50C-9 provides: "The clerk of court shall deliver on the same day that a civil no-contact order is issued, a certified copy of that order to the sheriff." The statute also provides that a copy of the order shall be issued promptly to the police department of the municipality of the victim's residence, or the sheriff or county police if the victim does not live within a municipality with a police department.*

(Over)

AOC-CV-527, Rev. 10/12
© 2012 Administrative Office of the Courts

## RETURN/CERTIFICATE OF SERVICE

I certify that this No-Contact Order for Stalking or Nonconsensual Sexual Conduct was received and served as follows:

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of this order.

☐ By leaving a copy of this order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

*Name And Address Of Person With Whom Copies Left*

☐ By mailing a copy of this order to the defendant by
☐ registered mail. ☐ certified mail (return receipt). ☐ designated delivery service.

☐ Defendant WAS NOT served for the following reason.

| | |
|---|---|
| *Date Received* | *Signature Of Deputy Sheriff Making Return* |
| *Date Of Return* | *Name Of Sheriff (Type Or Print)* |
| *Date Mailed* | *County Of Sheriff* |
| | *Signature Of Clerk* ☐ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court* |

**NOTE TO CLERK:** *If the Order continues the previous No-Contact Order, G.S. 50C-9(d) requires that the civil no-contact order be promptly delivered to the sheriff by the clerk and served in a manner provided for service of process in accordance with Rule 4(j) of the Rules of Civil Procedure.*

AOC-CV-527, Side Two, Rev. 10/12
© 2012 Administrative Office of the Courts

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon all parties and counsel of record via mail and first-class mail, postage prepaid, addressed as follows:

25CVD2735
LINDSEY COTA (NR)
5052 BRIAN CENTER LANE
WINSTON SALEM NC 27106

25CVD2735
STEPHEN P MOORE (NR)
6136 PEPPERIDGE WAY
CLIMAX NC 27233

This is the 03 day of June, 2025.

~~Deputy~~/Assistant Clerk of Superior Court

MC
5-14-25

**STATE OF NORTH CAROLINA**

Forsyth County

File No. 25CvD 2735

2025 APR 30 AM 9:58
RANDOLPH COUNTY SHERIFF'S OFFICE

In The General Court Of Justice
District Court Division

Name Of Plaintiff
Lindsay Cota

**VERSUS**

Name Of Defendant
Stephen Moore

# CIVIL SUMMONS NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To The Defendant Named Below:**

Name And Address Of Defendant
Stephen Moore
6136 Peppendge Way
Climax, NC 27233

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 10 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 10 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. File a written answer in the office of the Clerk of Superior Court for the county named above within 10 days of the date you were served.
2. Serve a copy of your answer on the plaintiff or the plaintiff's attorney by personal delivery or mail at the address listed below.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Lindsay Cota<br>c/o John Deere<br>1000 John Deere Rd<br>Kernersville, NC 27284 | 4-29-25 | 1:01 ☐ AM ☒ PM |
| | Signature: [signature] | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Designated Magistrate | |

| | Date Of Endorsement | Time |
|---|---|---|
| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

(Over)


© 2022 Administrative Office of the Courts

**RETURN OF SERVICE**

I certify that this Summons and a copy of the complaint ☒ and Temporary No-Contact Order ☒ and Notice Of Hearing on a No-Contact Order were received and served as follows:

**DEFENDANT**

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 5/5/25 | 1012 | ☒ AM ☐ PM | Stephen Moore |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein, who is named below.

*Name And Address Of Person With Whom Copies Left*

☐ Defendant WAS NOT served for the following reason:

| | |
|---|---|
| *Date Received* 4/30/25 | *Signature Of Deputy Sheriff Making Return* [signature] |
| *Date Of Return* 5/5/25 | *Name Of Deputy Sheriff Making Return (type or print)* K. J. Crave |
| | *County Of Sheriff* Randolph |

FILED
2025 MAY -9 P 2:28
FORSYTH CO., C.S.C.
BY [signature]


© 2022 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

File No. 25CVD 2735

FORSYTH County FILED

In The General Court Of Justice
District Court Division

Name Of Plaintiff
Lindsey Cote

2025 APR 29 P 1:07
FORSYTH CO. C.S.C.

**NOTICE OF HEARING ON NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT**

**VERSUS**

Name Of Defendant
Stephen P Moore

☐ **TEMPORARY ORDER**
☐ **PERMANENT ORDER**

G.S. 50C-3, -7

**To The Defendant Named Above**

The attached Complaint has been filed alleging that you have committed unlawful acts of stalking or nonconsensual sexual conduct against the plaintiff.

☐ 1. A hearing will be held before a district court judge at the date, time and location indicated below. At that time it will be determined whether a temporary order should be granted.

☐ 2. A hearing will be held before a district court judge at the date, time and location indicated below. At that hearing it will be determined whether a permanent no-contact order should be granted.

| Date Of Hearing | Time Of Hearing | Date |
|---|---|---|
| 5-6-25 | 9:00 ☒ AM ☐ PM | 04/29/25 |

Location Of Hearing
FORSYTH COUNTY COURTHOUSE, COURTROOM 204
175 N. CHESTNUT ST., W-S, NC 27101

Signature
[signature]

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO CLERK:** *If this notice of hearing is for a temporary order, attach it with the complaint and summons to be served by the sheriff. If a temporary no-contact order has been issued that order includes a notice of hearing for a permanent order and this separate notice of hearing should not be used unless the hearing date set in the temporary order is being changed.*

**NOTE TO PLAINTIFF:** *If the complaint and summons has already been served and this notice is issued at a later date you are responsible for mailing a copy of this Notice of Hearing to the defendant. In that situation only, you must mail a copy of the notice by first class mail and complete the "Certificate Of Service" set out below.*

**CERTIFICATE OF SERVICE**

I certify that on the date of mailing shown below a copy of this Notice was served on the defendant at the address listed above by depositing a copy in a post-paid, properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date Of Mailing | Date Of Certification | Signature Of Plaintiff |
|---|---|---|
| | | |

AOC-CV-522, New 12/04
© 2004 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

FORSYTH County

FILED

File No. 25CVD 2735

In The General Court Of Justice
District Court Division

2025 APR 29 P 1:07
FORSYTH CO. C.S.C.

# IDENTIFYING INFORMATION ABOUT DEFENDANT DOMESTIC VIOLENCE ACTION

G.S. 50B-3(d)

| | |
|---|---|
| Name Of Defendant | Stephen P. Mozie |
| Street Address Of Defendant (Not P.O. Box) | 6136 Peppendge Way |
| City | Climax |
| State | NC |
| Zip | 27233 |

**INSTRUCTIONS:** *In order to assist law enforcement agencies in serving and enforcing this Order, if issued by the Court, the following information is requested. It is not required for the issuance of this Order, but may allow law enforcement agencies to locate and more quickly identify the persons involved in this case and to enforce the provisions of this Order more effectively. Answer these questions accurately and honestly.*

**If you do not know the answer to any of the following questions, leave the question blank.**

## INFORMATION ABOUT DEFENDANT

Date Of Birth: 

Race: [X] White [ ] Black [ ] Indian [ ] Asian/Pacific Islander [ ] Other

Sex: [X] Male [ ] Female

Height: 5' 10" ?

Weight: 220 ?

Hair Color: Blonde

Eye Color: Blue

Identifying Marks (List any marks, scars, tattoos): Pony tail

Does the defendant have a driver's license or state-issued identification card from any state? [ ] Yes [ ] No

If yes, provide the state and number if possible: State: ______ Number: ______

Vehicle description and license plate number: White Ford Fusion KAV 8083

Social Security No. Of Defendant: 

Telephone No. Of Defendant: 

The defendant's current work information:

Employer's Business Name: John Deere

Business Address: 1000 John Deere Rd KVL, NC 27284

Business Telephone No.: 336-996-8100

Defendant's Work Hours (List Work Start Time And Work Stop Time): 630-3 M-F

Does the defendant have a permit to purchase a handgun or crossbow? [ ] Yes [ ] No

If yes, state which law enforcement agency issued the permit, if known: ______

Does the defendant have a permit to carry a concealed handgun? [ ] Yes: [ ] No

If yes, state which law enforcement agency issued the permit, if known: ______

Is there any reason that a law enforcement officer should consider the defendant a potential threat *(i.e., carries concealed weapons while drinking alcohol, has threatened an officer, etc.)?* [ ] Yes [ ] No

If yes, specify the circumstances: ______

## PLAINTIFF

Date Of Birth: 6/3/1979

Race: [X] White [ ] Black [ ] Indian [ ] Asian/Pacific Islander [ ] Other

Sex: [ ] Male [X] Female

Date: 4/29/2025

Name Of Plaintiff (Type Or Print): Lindsey Cota

Signature Of Plaintiff: Lindsey Cota

**NOTE TO CLERK OR MAGISTRATE:** *If an order is issued, a copy of this form should be attached to the appropriate order and forwarded to the sheriff of the issuing court county.*

AOC-CV-312, Rev. 6/2000

Original-Court File Copy-Sheriff

© 2000 Administrative Office of the Courts

FILED

STATE OF NORTH CAROLINA 5/6/2025

FORSYTH County 10:35am

Deputy Clerk

FORSYTH COUNTY CSC

File No. 25CVD 2735

In The General Court Of Justice
District Court Division

Name Of Plaintiff

Lindsey Cota

VERSUS

Name Of Defendant

Stephen P. Moore

**ORDER CONTINUING NO-CONTACT HEARING AND TEMPORARY ORDER**

G.S. 50C-7, -8(a)

## FINDINGS

This matter was scheduled for hearing for a permanent no-contact order pursuant to G.S. 50C-7.

☐ The Court finds that the defendant has not been served with notice of this hearing.

☑ Other: The π was not present in court. She informed the Court that she would not be available on 5/6/25. Matter set for permanent hearing on 6/3/25 for permanent order. Temp order expires per its terms.

Therefore, this hearing is continued to the date and time specified below to allow for proper service upon the defendant.

| Date Of Hearing | Time Of Hearing | | Location Of Hearing |
|---|---|---|---|
| 6/3/25 | 9:00 | ☑ AM ☐ PM | FORSYTH COUNTY COURTHOUSE, COURTROOM 204 |

☐ The Court finds that there is good cause for continuing the temporary no-contact order entered in this case in that: *(State grounds for continuing order.)*

Therefore, the Court orders that the Temporary No-Contact Order entered in this case is continued in effect for ten (10) days from the date of this Order.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| 5/6/25 | David E. Sipprell | [signature] |

**NOTE TO CLERK:** *G.S. 50C-9 provides: "The clerk of court shall deliver on the same day that a civil no-contact order is issued, a certified copy of that order to the sheriff." The statute also provides that a copy of the order shall be issued promptly to the police department of the municipality of the victim's residence, or the sheriff or county police if the victim does not live within a municipality with a police department.*

(Over)

AOC-CV-527, Rev. 10/12

© 2012 Administrative Office of the Courts

## RETURN/CERTIFICATE OF SERVICE

I certify that this No-Contact Order for Stalking or Nonconsensual Sexual Conduct was received and served as follows:

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of this order.

☐ By leaving a copy of this order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

*Name And Address Of Person With Whom Copies Left*

☐ By mailing a copy of this order to the defendant by

☐ registered mail.. ☐ certified mail (return receipt). ☐ designated delivery service.

☐ Defendant WAS NOT served for the following reason.

| | |
|---|---|
| *Date Received* | *Signature Of Deputy Sheriff Making Return* |
| *Date Of Return* | *Name Of Sheriff (Type Or Print)* |
| *Date Mailed* | *County Of Sheriff* |
| | *Signature Of Clerk* ☐ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court* |

**NOTE TO CLERK:** *If the Order continues the previous No-Contact Order, G.S. 50C-9(d) requires that the civil no-contact order be promptly delivered to the sheriff by the clerk and served in a manner provided for service of process in accordance with Rule 4(j) of the Rules of Civil Procedure.*


© 2012 Administrative Office of the Courts

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon all parties and counsel of record via mail and first-class mail, postage prepaid, addressed as follows:

25CVD2735
LINDSEY COTA (NR)
5052 BRIAN CENTER LANE
WINSTON SALEM NC 27106

25CVD2735
STEPHEN P MOORE (NR)
6136 PEPPERIDGE WAY
CLIMAX NC 27233

This is the 6 day of May, 2025

Deputy/Assistant Clerk of Superior Court

Filed on the 29th day of April 2025
[signature]
Deputy Clerk of Forsyth Co.

**STATE OF NORTH CAROLINA**

File No. 25 CVD 2735

FORSYTH County

In The General Court Of Justice
District Court Division

Name And Address Of Plaintiff
Lindsey Cota
5052 Brian Center Ln
Winston-Salem, NC 27106

VERSUS

Name And Address Of Defendant
Stephen P Moore
6136 Peppendge Way
Climax, NC 27233

**TEMPORARY NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT**

☑ **Ex Parte**

G.S. 50C-6

## FINDINGS

The Court hereby finds that:

1. The Court has jurisdiction over the subject matter.

☑ 2. This Order is entered ex parte. Immediate and irreparable injury, loss, or damage will result to the plaintiff before notice can be served and defendant heard in opposition because *(define injury and state why it is irreparable)* plaintiff is in fear for her safety.

and it appears by certificate of the plaintiff ☐ the efforts that have been made to give notice and reasons supporting the plaintiff's claim that notice should not be required. ☑ that there is good cause to hear the matter ex parte because the harm that is intended to be prevented would likely occur if defendant were given prior notice of the plaintiff's efforts to obtain judicial relief.

☐ 3. This Order is entered after notice has been provided to the defendant. Present at the hearing were:

☐ the plaintiff, represented by ______

☐ the defendant, represented by ______

☑ 4. The plaintiff has suffered unlawful conduct committed by the defendant in that the defendant:

☑ a. on more than one occasion followed or otherwise harassed, as defined in G.S. 14-277.3A(b)(2), the plaintiff, without legal purpose and with the intent to:

☑ i. place the plaintiff in reasonable fear for the plaintiff's safety or the safety of the plaintiff's immediate family or close personal associates, in that *(describe defendant's conduct)* professing his love for her (unwanted) in several ways, including by letter, contacting her on Facebook on 4/19, sending a friend request on Instagram on 4/25, and in person on 4/04 and 4/11. (See Complaint for details).

☑ ii. cause the plaintiff to suffer substantial emotional distress by placing the plaintiff in fear of death, bodily injury, or continued harassment, and this in fact caused the plaintiff substantial emotional distress, in that *(describe defendant's conduct and plaintiff's reaction)* plaintiff is in fear for her safety, her alarm is on 24/7. Everytime she walks by a window she is afraid. She is afraid he will continue to seek her out.

☐ b. committed one or more incidences of nonconsensual sexual conduct upon the plaintiff, in that the defendant, intentionally or knowingly, without freely given consent and for the purpose of sexual gratification or arousal, *(describe defendant's conduct – "sexual conduct" is defined by G.S. 50C-1(4) as any intentional or knowing touching, fondling, or sexual penetration, either directly or through clothing, of the sexual organs, anus, or breast of another, whether an adult or a minor, for the purpose of sexual gratification or arousal, and includes the transfer or transmission of semen)* ______

☑ 5. Other: Defendant was plaintiff's report at her job. (She was his Manager two levels up.) He has since been fired and banned from the property today. Plaintiff fears that his behavior will escalate now that he has been fired.


© 2022 Administrative Office of the Courts
(Over)

## CONCLUSIONS

- [x] 1. The defendant committed acts of unlawful conduct against the plaintiff.
- [ ] 2. The plaintiff has failed to prove grounds for issuance of a temporary no-contact order.

## ORDER

It is ORDERED that:

- [x] 1. The defendant shall not visit, assault, molest, or otherwise interfere with the plaintiff. **[01]**
- [x] 2. The defendant cease stalking the plaintiff. **[01]**
- [x] 3. The defendant cease harassment of the plaintiff. **[01]**
- [x] 4. The defendant not abuse or injure the plaintiff. **[01]**
- [x] 5. The defendant not contact the plaintiff by telephone, written communication, or electronic means. **[05]**
- [x] 6. The defendant not enter or remain present at the plaintiff's residence, school, place of employment, and other places listed below at times when the plaintiff is present. **[04]**

*List Other Places Where Defendant Ordered Not To Be*

- [ ] 7. The request for a temporary no-contact order is denied.
- [ ] 8. Other: *(specify)* **[08]**

- [x] 9. The terms of this Order shall be effective [ ] for ten (10) days from the date of this Order. [x] until (*specify date and time if less than 10 days*) 5·6·25
- [ ] 10. It is ordered that the parties appear at the time and date set out below for a hearing on whether a permanent no-contact order should be entered.

| *Date Of Hearing* | *Time Of Hearing* | | *Location Of Hearing* |
|---|---|---|---|
| 5-6-25 | 9:00 | [x] AM [ ] PM | 175 N. CHESTNUT ST., W-S, NC 27101 COURTROOM 204 |
| *Date* 4·29·25 | *Time* 3:15 | [ ] AM [x] PM | *Name Of District Court Judge Or Designated Magistrate (type or print)* Valene K. McMasters |
| | | | *Signature Of District Court Judge Or Designated Magistrate* Valene K. McMasters |

**NOTICE TO DEFENDANT:** ***A KNOWING VIOLATION OF A CIVIL NO-CONTACT ORDER SHALL BE PUNISHABLE AS CONTEMPT OF COURT WHICH MAY RESULT IN A FINE OR IMPRISONMENT. THE COURT MAY FIND YOU IN CIVIL OR CRIMINAL CONTEMPT.***

## CERTIFICATION

I certify this Order is a true copy.

| *Date* | *Signature Of Clerk* | |
|---|---|---|
| | | [ ] *Deputy CSC* [ ] *Assistant CSC* [ ] *Clerk Of Superior Court* |

**NOTE TO CLERK:** *G.S. 50C-9 provides: "The clerk of court shall deliver on the same day that a civil no-contact order is issued, a certified copy of that order to the sheriff." The statute also provides that a copy of the order shall be issued promptly to the police department of the municipality of the victim's residence, or the sheriff and any county police department if the victim does not live within a municipality with a police department.*


© 2022 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

FORSYTH County

File No. 25 CVD 2735

In The General Court Of Justice
District Court Division

FILED
2025 APR 29 P 1:04
FORSYTH CO. C.S.C.
BY ______

Name Of Plaintiff/Victim
LINDSEY COTA

Name Of Person Filing On Behalf Of Minor Or Incompetent Victim

Address Of Plaintiff/Victim (use alternative address if afraid to give physical address)
c/o JOHN DEERE
1000 JOHN DEERE RD
KERNERSVILLE, NC 27284

**VERSUS**

Name And Address Of Defendant
STEPHEN P MOORE
6136 PEPPERIDGE WAY
CLIMAX, NC 27233

# COMPLAINT FOR NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT

G.S. 50C-2

**NOTE TO PLAINTIFF:** *Do not use this form if the relationship between you or the person on whose behalf you are filing this complaint and the defendant is current or former spouse; persons of the opposite sex who live or have lived together; have a child in common, are related as parent and child or grandparent and grandchild, are current or former household members, or are persons who are in a dating relationship or have been in a dating relationship. In that situation use "Complaint And Motion For Domestic Violence Protective Order," AOC-CV-303. Check only the boxes below that apply and fill in blanks. Additional sheets may be attached.*

1. [X] The plaintiff resides [ ] The defendant resides [ ] The unlawful conduct occurred in this county.
2. a. [X] I am a victim of unlawful conduct that occurred in North Carolina.
   b. [ ] The plaintiff is a minor or incompetent adult who is a victim of unlawful conduct that occurred in North Carolina, and I am a competent adult who resides in North Carolina and am filing this complaint on the victim's behalf.

[X] 3. The defendant was 16 years of age or older at the time of the unlawful conduct.

[ ] 4. The defendant has committed nonconsensual sexual conduct against the plaintiff in that the defendant, intentionally or knowingly, without freely given consent and for the purpose of sexual gratification or arousal,: *(Give specific dates and describe in detail what happened.)*

N/A

[X] 5. The defendant has, on more than one occasion and without legal purpose, followed or otherwise tormented, terrorized, or terrified the plaintiff named above with the intent to place the plaintiff in reasonable fear for the plaintiff's safety or the safety of the plaintiff's immediate family or close personal associates or with the intent to cause, and which did cause, the plaintiff to suffer substantial emotional distress by placing the plaintiff in fear of death, bodily injury, or continued torment or terror in that: *(Give specific dates and describe in detail what happened and how it placed the plaintiff in fear of safety or how it caused substantial emotional distress.)*

- Plaintiff is defendant's Manager, 2 levels up. He used a work cause to gain access to me March 2024. He asked to job shadow. I met with him to understand more and arranged job shadow of 2 people closer to entry level. After these meetings were over, he has continued to come to my office regularly w/ various complaints and suggestions for improvements. I repeatedly have told him to go to direct supervisor first. A few months ago he started coming in just to chat. I reinforced my role was to help w/ work issues only. He offered to be an ear if I ever needed someone and I explained that is my husband's role. It was reinforced to entire team they should not be away from job w/o appt but he continued to come and got more personal.

**Because Of These Acts Of Unlawful Conduct, The Plaintiff Requests That The Court Grant The Following Relief:**

*(Check only boxes that apply.)*

- [x] 1. A permanent no-contact order. (A permanent order cannot last longer than one year.)
- [ ] 2. A temporary no-contact order. (A temporary order cannot last longer than ten days.)
- [x] 3. The temporary order to be issued ex parte (without notice to the defendant) because the plaintiff will suffer immediate injury, loss, or damage before the defendant can be heard in that: *(explain)*

He is being fired today which could escalate things

**AND**

*(If you checked Block 3 above, check a. or b. below.)*

- [x] a. I certify that I have made the following efforts, if any, to give notice to the defendant and give the following reasons supporting why notice should not be required: *(explain)*

See answer to # 5

- [x] b. I certify that there is good cause to grant the remedy because the harm that the remedy is intended to prevent would likely occur if the defendant were given any prior notice of the request for relief in that: *(Give specific reasons why harm would occur if prior notice were given to defendant.)*

Not enough time

- [x] 4. To order the defendant not to visit, assault, molest, or otherwise interfere with the plaintiff.
- [x] 5. To order the defendant to stop stalking the plaintiff.
- [x] 6. To order the defendant to cease harassment of the plaintiff
- [x] 7. To order the defendant not to abuse or injure the plaintiff.
- [x] 8. To order the defendant not to contact, by telephone, written communication, or electronic means, the plaintiff.
- [x] 9. To order the defendant to refrain from entering or remaining present at the plaintiff's residence, school, place of employment, or other places specified.

*(List other places where you want defendant ordered not to be.)*

John Deere Kernersville

He is being told he is banned.

- [ ] 10. Other: *(specify)*

| Date | Signature Of Person Filing Complaint |
|---|---|
| 4/29/2025 | Lindsey Cota |

**VERIFICATION**

I, the undersigned, being first duly sworn, say that I am the plaintiff in this action; that I have read the Complaint; that the matters and things alleged in the Complaint are true except as to those things alleged upon information and belief and as to those I believe them to be true and accurate.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

| | |
|---|---|
| Date: 04/29/25 | Signature: [signature] |
| [x] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] Designated Magistrate [ ] District Court Judge | |
| [ ] Notary | Date My Commission Expires |
| **SEAL** | County Where Notarized |

Date: 4/29/2025

Signature Of Person Signing Complaint: Lindsey Cota

Name Of Person Filing Complaint (type or print): Lindsey Cota


© 2022 Administrative Office of the Courts

5 (cont)

I recently accepted a new role out of state and used
this to reinforce need for him to use direct sup b/c
I will not be here. He immediately expressed sadness and
explained I have a "beautiful" aura. (4/11)

On Monday, 4/14 he came w/ a "work issue." The next
morning I reviewed w/ sup and when he came in again
I again urged him to talk to sup + let him know they
were expecting him. He admitted he made up the issue
to impress me. The next 2 days there were gifts waiting
outside my office door.

4/17 I shared the uneasiness escalation w/ my boss.
He suggested I have my sups tell team I am avail by
appt only + make sure Stephen understood. 4/19 he sent Facebook message + friend request

4/22 he requested appt to discuss his degree pursuit. I proposed
a time on Fri and told his lead to let him know HR would
also be there to ensure support when I leave. He may have
realized he wasn't going to get direct access

4/24 I came to work to find a letter under my office door
(included). I took to HR and they met w/ him and
gave direct work order not to contact me inside or
outside of work, verbal, written, or electronic. Violation
would result in termination.

4/25 he sent a friend request on Instagram. As a result, he
is being fired today, 4/29.

He has repeatedly made attempts to access me despite
multiple requests not to. My fear is now he has
nothing but time to think of how to get to me. I believe
in his mind he may think the company is trying to
get b/w us. I have been happily married for nearly 24
years and NEVER expressed otherwise.

FILED 2025 APR 29 P 1:0[illegible] FORSYTH CO., C.S.C.

**50-C NO-CONTACT INFORMATION SHEET**

Today's Date: 4/29/2025

File Number: ____________________

**Plaintiff's Information**

Plaintiff's Name: LINDSEY COTA

Current Address: 5052 BRIAN CENTER LANE

City, State, Zip: WINSTON-SALEM, NC 27106

Contact Number: 563-543-4167

**Plaintiff's Attorney, if applicable**

Attorney's Name: N/A

Attorney's Address: N/A

City, State, Zip: N/A

**Plaintiff's Work Information**

Plaintiff's Employer: JOHN DEERE KERNERSVILLE

Current Address: 1000 JOHN DEERE RD

City, State, Zip: KERNERSVILLE, NC 27284

Contact Number: 336-996-8100

**Defendant's Information**

Defendant's Name: STEPHEN P MOORE

Current Address: 6136 PEPPERIDGE WAY

City, State, Zip: CLIMAX, NC 27233

Contact Number: 336-772-0044

**STATE OF NORTH CAROLINA**

File No. 25CVD 2735

FORSYTH County

FILED

In The General Court Of Justice
District Court Division

| | |
|---|---|
| Name Of Plaintiff<br>Lindsey Cota<br>VERSUS<br>Name Of Defendant<br>Stephen P Moore | 2025 APR 29 P 1:07<br>FORSYTH CO., C.S.C.<br>**NOTICE OF HEARING ON NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT**<br>☐ **TEMPORARY ORDER**<br>☐ **PERMANENT ORDER**<br>G.S. 50C-3, -7 |

**To The Defendant Named Above**

The attached Complaint has been filed alleging that you have committed unlawful acts of stalking or nonconsensual sexual conduct against the plaintiff.

☐ 1. A hearing will be held before a district court judge at the date, time and location indicated below. At that time it will be determined whether a temporary order should be granted.

☐ 2. A hearing will be held before a district court judge at the date, time and location indicated below. At that hearing it will be determined whether a permanent no-contact order should be granted.

| Date Of Hearing | Time Of Hearing | Date |
|---|---|---|
| 5-6-25 | 9:00 ☒ AM ☐ PM | 04/29/25 |
| Location Of Hearing<br>FORSYTH COUNTY COURTHOUSE, COURTROOM 204<br>175 N. CHESTNUT ST., W-S, NC 27101 | | Signature<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

**NOTE TO CLERK:** *If this notice of hearing is for a temporary order, attach it with the complaint and summons to be served by the sheriff. If a temporary no-contact order has been issued that order includes a notice of hearing for a permanent order and this separate notice of hearing should not be used unless the hearing date set in the temporary order is being changed.*

**NOTE TO PLAINTIFF:** *If the complaint and summons has already been served and this notice is issued at a later date you are responsible for mailing a copy of this Notice of Hearing to the defendant. In that situation only, you must mail a copy of the notice by first class mail and complete the "Certificate Of Service" set out below.*

**CERTIFICATE OF SERVICE**

I certify that on the date of mailing shown below a copy of this Notice was served on the defendant at the address listed above by depositing a copy in a post-paid, properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date Of Mailing | Date Of Certification | Signature Of Plaintiff |
|---|---|---|
| | | |

AOC-CV-522, New 12/04
© 2004 Administrative Office of the Courts

STATE OF NORTH CAROLINA

FORSYTH County

File No. 25CVD2735

In The General Court Of Justice

FILED

2025 APR 29 P 1:07

FORSYTH CO, C.S.C.

BY

Name And Address Of Plaintiff
Lindsey Cota
5052 Brian Center Ln
W-S, NC 27106

VERSUS

Name And Address Of Defendant
Stephen P Moore
6136 Peppendge Way
Climax, NC 27233

## SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

## DECLARATION

**I, the undersigned Declarant, under penalty of perjury declare the following to be true:**

1. As of the current date: *(check one of the following)*
   - ☐ a. I have personal knowledge that the defendant named above is in military service.*
   - ☒ b. I have personal knowledge that the defendant named above is **not** in military service.*
   - ☐ c. I am unable to determine whether the defendant named above is in military service.*
2. As of the current date, I ☐ have ☒ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See* G.S. 127B-27 and G.S. 127B-28(b).
3. I ☐ used ☒ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   ☐ The results from my use of that website are attached.
   (**NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will* **not** *appear in the SCRA Website database.*)
4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)*

***NOTE:** *The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

| Date | Signature Of Declarant | Name Of Declarant (type or print) |
|---|---|---|
| 4/29/2025 | Lindsey Cota | Lindsey Cota |

**NOTE TO COURT:** ***Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.***

(Over)

AOC-G-250, Rev. 5/21

© 2021 Administrative Office of the Courts

## Information About Servicemembers Civil Relief Act Affidavits And Declarations

**1. Plaintiff to file affidavit/declaration**

In any civil action or proceeding, including any child custody proceeding, in which the defendant does not make an appearance, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit—

(A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or

(B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.

50 U.S.C. 3931(b)(1).

**2. Appointment of attorney to represent defendant in military service**

If in a civil action or proceeding in which the defendant does not make an appearance it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If an attorney appointed to represent a service member cannot locate the service member, actions by the attorney in the case shall not waive any defense of the service member or otherwise bind the service member. 50 U.S.C. 3931(b)(2). State funds are not available to pay attorneys appointed pursuant to the Servicemembers Civil Relief Act. To comply with the federal Violence Against Women Act and in consideration of G.S. 50B-2(a), 50C-2(b), and 50D-2(b), plaintiffs in Chapter 50B, Chapter 50C, and Chapter 50D proceedings should not be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. Plaintiffs in other types of actions and proceedings may be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. The allowance or disallowance of the ordering of costs will require a case-specific analysis.

**3. Defendant's military status not ascertained by affidavit/declaration**

If based upon the affidavits filed in such an action, the court is unable to determine whether the defendant is in military service, the court, before entering judgment, may require the plaintiff to file a bond in an amount approved by the court. If the defendant is later found to be in military service, the bond shall be available to indemnify the defendant against any loss or damage the defendant may suffer by reason of any judgment for the plaintiff against the defendant, should the judgment be set aside in whole or in part. The bond shall remain in effect until expiration of the time for appeal and setting aside of a judgment under applicable Federal or State law or regulation or under any applicable ordinance of a political subdivision of a State. The court may issue such orders or enter such judgments as the court determines necessary to protect the rights of the defendant under this Act. 50 U.S.C. 3931(b)(3).

**4. Satisfaction of requirement for affidavit/declaration**

The requirement for an affidavit above may be satisfied by a statement, declaration, verification, or certificate, in writing, subscribed and certified or declared to be true under penalty of perjury. 50 U.S.C. 3931(b)(4). The presiding judicial official will determine whether the submitted affidavit is sufficient.

**5. Penalty for making or using false affidavit/declaration**

A person who makes or uses an affidavit permitted under 50 U.S.C. 3931(b) (or a statement, declaration, verification, or certificate as authorized under 50 U.S.C. 3931(b)(4)) knowing it to be false, shall be fined as provided in title 18, United States Code, or imprisoned for not more than one year, or both. 50 U.S.C. 3931(c).


© 2021 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 25CVD2735 |
|---|---|
| Forsyth County | In The General Court Of Justice<br>District Court Division |

Name Of Plaintiff
Lindsay Cota

VERSUS

Name Of Defendant
Stephen Moore

# CIVIL SUMMONS NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT

☐ ALIAS AND PLURIES SUMMONS

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To The Defendant Named Below:**

Name And Address Of Defendant
Stephen Moore
6136 Pepperidge Way
Climax, NC 27233

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 10 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 10 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. File a written answer in the office of the Clerk of Superior Court for the county named above within 10 days of the date you were served.
2. Serve a copy of your answer on the plaintiff or the plaintiff's attorney by personal delivery or mail at the address listed below.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)

Date Issued 4-29-25 | Time 1:04 ☐ AM ☑ PM

Signature [signature]

☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Designated Magistrate

☐ ENDORSEMENT
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement | Time ☐ AM ☐ PM

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

(Over)

AOC-CV-521, Rev. 12/22
© 2022 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint ☐ and Temporary No-Contact Order ☐ and Notice Of Hearing on a No-Contact Order were received and served as follows:

### DEFENDANT

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein, who is named below.

*Name And Address Of Person With Whom Copies Left*

☐ Defendant WAS NOT served for the following reason:

| | |
|---|---|
| *Date Received* | *Signature Of Deputy Sheriff Making Return* |
| *Date Of Return* | *Name Of Deputy Sheriff Making Return (type or print)* |
| | *County Of Sheriff* |


© 2022 Administrative Office of the Courts

# OFFICE OF THE SHERIFF

**FORSYTH COUNTY, NORTH CAROLINA**

*Sheriff Bobby F. Kimbrough, Jr.*

## DOMESTIC VIOLENCE PROTECTIVE ORDER INFORMATION SHEET

File#: 25 CVD 2735

**DEFENDANT'S INFORMATION**

Name: Stephen P Moore DOB: unknown

Race: W Sex: M Height: 5'10? Weight: 220? Eye Color: Blue Hair Color: Blonde

Phone number(s): 336-772-0044

Vehicle description: Make/Model Ford Fusion Color White

Employer address and phone number: John Deere 336-996-8100

Does the Defendant have weapons? Yes ☐ No ☐ If yes, describe what type *and* how many:

unknown

**PLAINTIFF'S INFORMATION**

Name: Lindsey Cota DOB: 6/3/1979

Phone number(s): 563-543-4167

**FCSO USE ONLY**

50-B ☐ 50-C ☐ 50-B DENIED ☐ 50-C DENIED ☐

RMS ______ P2P ______ CCW Permit ______ CJLEADS ______

NCAWARE ______ Outstanding Warrants: Yes ☐ No ☐

Recent agency involvement: Agency ______ Date ______ OCA# ______

Agency ______ Date ______ OCA# ______

Firearm(s) ordered surrendered: Yes ☐ No ☐ Seized: Yes ☐ No ☐ OCA# ______

In Ex Parte under 'ORDER' is 8.b./8.c. checked? (defendant to stay away from schools): Yes ☐ No ☐

Name of school/day care: ______

Faxed copy to school/day care: Yes ☐ No ☐ Fax#: ______

Completed by: ______ OSSI#: ______ Date: ______

Personally served defendant ☐ Returned unserved ☐

301 North Church Street
Winston-Salem, North Carolina 27101
(336) 917-7001 • www.fcso.us

**STATE OF NORTH CAROLINA**

Forsyth County

File No. 25CvD 2735

In The General Court Of Justice
District Court Division

*Name Of Plaintiff*
Lindsay Cota

**VERSUS**

*Name Of Defendant*
Stephen Moore

# CIVIL SUMMONS NO-CONTACT ORDER FOR STALKING OR NONCONSENSUAL SEXUAL CONDUCT

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3 and 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To The Defendant Named Below:**

*Name And Address Of Defendant*
Stephen Moore
6136 Peppendge Way
Climax, NC 27233

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 10 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 10 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. File a written answer in the office of the Clerk of Superior Court for the county named above within 10 days of the date you were served.
2. Serve a copy of your answer on the plaintiff or the plaintiff's attorney by personal delivery or mail at the address listed below.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

*Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*
Lindsay Cota
c/o John Deere
1000 John Deere Rd
Kernersville, NC 27284

*Date Issued* 4-29-25 *Time* 1:04 ☐ AM ☒ PM

*Signature* [signature]

☒ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court* ☐ *Designated Magistrate*

☐ ENDORSEMENT
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

*Date Of Endorsement* *Time* ☐ AM ☐ PM

*Signature*

☐ *Deputy CSC* ☐ *Assistant CSC* ☐ *Clerk Of Superior Court*

(Over)

AOC-CV-521, Rev. 12/22
© 2022 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint ☐ and Temporary No-Contact Order ☐ and Notice Of Hearing on a No-Contact Order were received and served as follows:

### DEFENDANT

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
| --- | --- | --- |
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein, who is named below.

*Name And Address Of Person With Whom Copies Left*

☐ Defendant WAS NOT served for the following reason:

| | |
| --- | --- |
| *Date Received* | *Signature Of Deputy Sheriff Making Return* |
| *Date Of Return* | *Name Of Deputy Sheriff Making Return (type or print)* |
| | *County Of Sheriff* |

AOC-CV-521, Side Two, Rev. 12/22

© 2022 Administrative Office of the Courts

## 50-C NO-CONTACT INFORMATION SHEET

Today's Date: 4/29/2025

File Number: ____________

**Plaintiff's Information**

Plaintiff's Name: Lindsey Cota

Current Address: 5052 Brian Center Lane

City, State, Zip: Winston-Salem, NC 27106

Contact Number: 563-543-4167

**Plaintiff's Attorney, if applicable**

Attorney's Name: N/A

Attorney's Address: N/A

City, State, Zip: N/A

**Plaintiff's Work Information**

Plaintiff's Employer: John Deere

Current Address: 1000 John Deere Rd

City, State, Zip: Kernersville, NC 27284

Contact Number: 336-996-8100

**Defendant's Information**

Defendant's Name: STEPHEN P MOORE

Current Address: 6136 PEPPERIDGE WAY

City, State, Zip: CLIMAX, NC 27233

Contact Number: 336-772-0044

**STATE OF NORTH CAROLINA**

Forsyth County

File No. 25CVD 2735

In The General Court Of Justice
District Court Division

FILED
2025 APR 29 P 1:07
FORSYTH CO., C.S.C.

Name Of Defendant: Stephen P Moore

Street Address Of Defendant (Not P.O. Box): 6136 Pepperidge Way

City: Climax | State: NC | Zip: 27233

# IDENTIFYING INFORMATION ABOUT DEFENDANT DOMESTIC VIOLENCE ACTION

G.S. 50B-3(d)

**INSTRUCTIONS:** ***In order to assist law enforcement agencies in serving and enforcing this Order, if issued by the Court, the following information is requested. It is not required for the issuance of this Order, but may allow law enforcement agencies to locate and more quickly identify the persons involved in this case and to enforce the provisions of this Order more effectively. Answer these questions accurately and honestly.***

**If you do not know the answer to any of the following questions, leave the question blank.**

## INFORMATION ABOUT DEFENDANT

Date Of Birth:

Race: [X] White [ ] Black [ ] Indian [ ] Asian/Pacific Islander [ ] Other

Sex: [X] Male [ ] Female

Height: 5' 10" ? | Weight: 220 ? | Hair Color: Blonde | Eye Color: Blue

Identifying Marks (List any marks, scars, tattoos): Pony tail

Does the defendant have a driver's license or state-issued identification card from any state? [ ] Yes [ ] No

If yes, provide the state and number if possible: State: ______ Number: ______

Vehicle description and license plate number: White Ford Fusion KAV 8083

Social Security No. Of Defendant:

Telephone No. Of Defendant:

The defendant's current work information:

Employer's Business Name: John Deere

Business Address: 1000 John Deere Rd KVL, NC 27284

Business Telephone No.: 336-996-8100

Defendant's Work Hours (List Work Start Time And Work Stop Time): 630-3 M-F

Does the defendant have a permit to purchase a handgun or crossbow? [ ] Yes [ ] No

If yes, state which law enforcement agency issued the permit, if known: ______

Does the defendant have a permit to carry a concealed handgun? [ ] Yes: [ ] No

If yes, state which law enforcement agency issued the permit, if known: ______

Is there any reason that a law enforcement officer should consider the defendant a potential threat *(i.e., carries concealed weapons while drinking alcohol, has threatened an officer, etc.)?* [ ] Yes [ ] No

If yes, specify the circumstances:

## PLAINTIFF

Date Of Birth: 6/3/1979

Race: [X] White [ ] Black [ ] Indian [ ] Asian/Pacific Islander [ ] Other

Sex: [ ] Male [X] Female

Date: 4/29/2025 | Name Of Plaintiff (Type Or Print): Lindsey Cota | Signature Of Plaintiff: Lindsey Cota

**NOTE TO CLERK OR MAGISTRATE:** *If an order is issued, a copy of this form should be attached to the appropriate order and forwarded to the sheriff of the issuing court county.*

AOC-CV-312, Rev. 6/2000

Original-Court File Copy-Sheriff

© 2000 Administrative Office of the Courts