FILED
IN THIS OFFICE
OCT - 8 2026
Clerk U.S. District Court
Greensboro, NC
By LKS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
(Greensboro Division)

| | |
|---|---|
| **STEPHEN MOORE,**<br>Plaintiff,<br>**vs.**<br>**DEERE & COMPANY; and JOHN DEERE KERNERSVILLE LLC,**<br>Defendant. | Case No.: 1:26-cv-00591<br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

NOW COMES Plaintiff Stephen Moore, pro se, and respectfully moves this Court for leave to file the attached Supplemental Complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiff shows the Court as follows:

1. Plaintiff filed his First Amended Complaint on July 31, 2026 (ECF No. 6).

2. On October 5, 2026, weeks after the operative complaint was filed, the North Carolina Department of Labor Retaliatory Employment Discrimination Bureau (REDB) officially issued Plaintiff a formal 90-Day Right-to-Sue letter under File No. 214742.

3. Federal Rule of Civil Procedure 15(d) provides that, upon motion, the Court may permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.

4. This supplemental event is directly relevant to the active controversy, satisfies administrative exhaustion prerequisites, and prevents a multiplicity of lawsuits.

5. Granting leave to supplement will cause no undue delay or prejudice to Defendants, as this action is in its initial pleading stages and formal discovery has not yet commenced.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file the attached Supplemental Complaint.

Dated: October 8, 2026

Respectfully submitted,

Stephen Moore, Plaintiff Pro Se
6136 Pepperidge Way
Climax, NC 27233
Phone: (336) 772-0044
Email: spmoore1@gtcc.edu

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and accurate copy of the foregoing Plaintiff's Motion for Leave to File a Supplemental Complaint, along with the attached Supplemental Complaint and Exhibit A-5, was served upon Defendants' counsel of record by email and by depositing a copy in the United States Mail, First Class postage prepaid, addressed as follows:

W. Mark Peck

Jeremy R. Demmitt

ROBINSON & LAWING, L.L.P.

110 Oakwood Drive, Suite 200

Winston-Salem, NC 27103

mpeck@robinsonlawing.com

jdemmitt@robinsonlawing.com

This 8th day of October, 2026.

By: ______________________

Stephen Moore, Plaintiff Pro Se