IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
(Greensboro Division)

| | |
|---|---|
| **STEPHEN MOORE,**<br>Plaintiff,<br>**vs.**<br>**DEERE & COMPANY; and JOHN DEERE KERNERSVILLE LLC,**<br>Defendant. | Case No.: 1:26-cv-00591<br><br>**PLAINTIFF'S SUPPLEMENTAL COMPLAINT** |

## PLAINTIFF'S SUPPLEMENTAL COMPLAINT

NOW COMES Plaintiff Stephen Moore, pro se, pursuant to Federal Rule of Civil Procedure 15(d), and supplements his First Amended Complaint (ECF No. 6) by adding the following factual allegations regarding events that have occurred since the filing of the operative complaint:

1. Plaintiff realleges and incorporates by reference each and every factual allegation contained in Paragraphs 1 through 419 of his First Amended Complaint as if fully set forth herein.

2. On October 5, 2026, the North Carolina Department of Labor Retaliatory Employment Discrimination Bureau (REDB) officially issued Plaintiff a formal 90-Day Right-to-Sue Notice under File No. 214742, signed by Erin Smith for the Bureau.

3. A true and accurate copy of this official administrative notice is attached hereto and incorporated by reference as Exhibit A-5.

4. The issuance of this Notice completes all state administrative exhaustion prerequisites required under the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. § 95-242(c), permitting Plaintiff to seek full judicial enforcement of concurrent state retaliatory counts alongside his active federal claims.

WHEREFORE, Plaintiff respectfully requests that this Supplemental Complaint be joined to the active record, and prays for the identical forms of relief requested within his First Amended Complaint.

Dated: October 8, 2026
Respectfully submitted,

Stephen Moore, Plaintiff Pro Se
6136 Pepperidge Way
Climax, NC 27233
Phone: (336) 772-0044
Email: spmoore1@gtcc.edu