NCDOL
NC DEPARTMENT OF LABOR
LUKE FARLEY, COMMISSIONER

**LUKE FARLEY**
Commissioner of Labor

Retaliatory Employment Discrimination Bureau

October 05, 2026

**By Email: stvydog@gmail.com**
**By Certified Mail: 7022 3330 0000 6121 7850**

Stephen Moore
6136 Pepperidge Way
Climax, NC 27233

**Re: Stephen Moore v. John Deere Construction & Forestry Company**
**File No: 214742**

Dear Stephen Moore,

The Bureau has received your request that it issue you a 90-Day Right-to-Sue letter regarding the above-referenced complaint. Your request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to do so, your right to sue the Respondent under the provisions of REDA is lost.**

If you want to seek legal advice regarding the requirements for filing a civil action and do not have an attorney, the NC Lawyer Referral Service of the NC Bar Association at 919-677-8574 may be able to refer you to an attorney. With the issuance of this 90-Day Right-to-Sue letter, your complaint has been dismissed and the Bureau will take no further action on your case.

Sincerely,

Erin Smith
For the Bureau
/Complainant RTS letter or Right to Request RTS letter

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: (919) 707-7945 • erin.smith@labor.nc.gov

EXHIBIT A-5